UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-CR-20805-WILLIAMS

UNITED STATES OF AMERICA,

vs.

JULIO CESAR ALVAREZ-MARTINEZ,
*et al.*,

      Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court following a status conference during which the Court was notified that officials at the Miami Federal Detention Center (FDC) have failed to comply with the Government's repeated requests to separate the defendants in this case. Accordingly, it is **ORDERED AND ADJUDGED** that officials from FDC shall **APPEAR on March 23, 2018, at 9:00 a.m.** before the undersigned in Room 11-3, United States District Court, 400 N. Miami Avenue, Miami, FL and **SHOW CAUSE** why they should not be sanctioned for impeding the defendants' sixth amendment right to counsel and preventing counsel from effectively preparing for trial in this matter, set to begin on March 27, 2018.

                                        KATHLEEN M. WILLIAMS
                                        UNITED STATES DISTRICT JUDGE